# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2022-3944

———————————————

THOMAS BART BRENNAN,

Appellant,

v.

ZOUBAIR BENNANI,

Appellee.

———————————————

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

April 17, 2024

PER CURIAM.

AFFIRMED. *See Klein v. Manville*, 363 So. 3d 1163, 1168–69 (Fla. 6th DCA 2023); *Pickett v. Copeland*, 236 So. 3d 1142, 1144–46 (Fla. 1st DCA 2018) (holding that more than one act is required to constitute a course of conduct under the definition of stalking in section 784.048(1)(b), Florida Statutes, but the victim does not have to be stalked repeatedly to meet the statutory definition).

LEWIS, BILBREY, and LONG, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Clay B. Adkinson of Adkinson Law Firm, LLC, DeFuniak Springs, for Appellant.

Lindsey Lawton of Lawton Law, PLLC, Tallahassee, for Appellee.